UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LISA V. Z.,[1]<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>    Defendant. | Civil No. 6:19-CV-01190-CL<br><br><br>OPINION AND ORDER |

Based on the stipulation of the parties, it is ORDERED that the case be REVERSED and REMANDED for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ), who shall update the medical records, offer Plaintiff the opportunity for a hearing, and issue a new decision. The ALJ shall also:

- Reevaluate the opinion evidence of record, including the medical opinions of Dr. Loeffler;
- Reassess Plaintiff's maximum residual functional capacity (RFC), as necessary;
- Proceed with the remaining steps of the sequential evaluation process, obtaining vocational expert evidence, if warranted, to clarify the effects of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

---

1 In the interest of privacy, this Judgment uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

IT IS SO ORDERED and DATED this 26th day of June, 2020.

_____
MARK D. CLARKE
United States Magistrate Judge

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Civil Chief

s/ Leisa A. Wolf
_____
LEISA A. WOLF
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-3621